# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JISHENG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J'S GARDEN RESTAURANT, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:13-cv-2615 WBS KJN<br><br>**ORDER OF REASSIGNMENT** |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." (ECF Nos. 4, 6.) See 28 U.S.C. § 636(c). According to E.D. Cal. L.R. 305, both the district judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

Page **1** of **2**

1   IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable
2  Kendall J. Newman.   The parties shall take note that all documents hereafter filed with the Clerk of
3  the Court shall bear case number 2:13-cv-2615 KJN.   All currently scheduled dates before Judge
4  Shubb are hereby VACATED.

Dated: January 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10   Having also reviewed the file, I accept reference of this case for all further proceedings and
11  entry of final judgment.   An initial scheduling conference before the undersigned will be set by
12  separate order.

Dated: January 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**