UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JISHENG LIU, | No. 2:13-cv-2615 KJN |
| Plaintiff, | |
| v. | ORDER |
| J'S GARDEN RESTAURANT, INC., et al., | |
| Defendants. | |

On February 12, 2014, all parties filed a stipulation for referral of the action to the court's Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 9.)[1] Accordingly, IT IS HEREBY ORDERED that:

1. The case is referred to the VDRP.
2. The parties are directed to review the requirements of the Program outlined in Local Rule 271 and shall contact the court's VDRP coordinator, Suejean Park, within fourteen (14) days of this order to initiate the process of selecting a neutral. The VDRP coordinator may be contacted by telephone at (916) 930-4278 or by e-mail at SPark@caed.uscourts.gov.

---

[1] After the parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) (ECF Nos. 4, 6), the action was reassigned to the undersigned for all further proceedings and entry of final judgment. (ECF No. 7.)

1

3. Within 90 days of this order, the parties shall inform the court in a joint written statement whether the program successfully resolved the case. The court will then set a further status conference if necessary. If the case settles at any time, the parties shall forthwith file a notice of settlement, along with an indication of the time needed to finalize any dispositional documents.

4. If the parties require a brief extension of time to complete the VDRP process, the parties shall file a stipulation and proposed order to that effect, setting forth the reasons for the delay and the specific date for which the VDRP session has been scheduled.

5. Failure to comply with the terms of this order, including the requirement to timely update the court as to the status of the case, may result in the imposition of monetary or other appropriate sanctions.

6. The March 20, 2014 status conference is VACATED.

7. The Clerk of Court shall serve a copy of this order on the VDRP coordinator.

IT IS SO ORDERED.

Dated: February 13, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE