1  Randal M. Barnum     State Bar No. 111287
   Carrie E. Croxall    State Bar No. 190430
2  LAW OFFICES OF RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA 94510
   Telephone:   707.745.3747
4  Facsimile:   707.745.4580
   rbarnum@rmblaw.com
5  ccroxall@rmblaw.com

6  Attorneys for Defendants, J's Garden Restaurant, Inc.,
   Jenn Wah Jang and James Jang
7
   Mark J. Bluer       State Bar No. 157071
8  BLUER & BLUER, LLP
   222 Sutter Street, Suite 600
9  San Francisco, CA 94108
   Telephone:   415-989-1281
10 Facsimile:   415-358-4306
   mbluer@bluerlaw.com
11
   Attorneys for Plaintiff Jisheng Liu
12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16 | JISHENG LIU,                          | CASE NO. 2:13-cv-02615-KJN
17 |         Plaintiff,                    |
                                           | STIPULATION AND ORDER TO
18 |    v.                                 | CONTINUE DEADLINE TO COMPLETE
                                           | MEDIATION
19 | J's GARDEN RESTAURANT, INC.; JENN     |
   | WAH JANG; JAMES JANG; and DOES 1-     |
20 | 25,                                   |
                                           |
21 |         Defendants.                   |

22

23

24       Plaintiff Jisheng Liu and Defendants J's Garden Restaurant, Inc., Jenn Wah Jang, and

25 James Jang, collectively "the Parties", by and through their counsel, stipulate and agree as

26 follows:

27       1.    WHEREAS, this action was filed on December 3, 2013.

28       ///

- 1 -
STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION

1    2.    WHEREAS, Plaintiff's Complaint alleges six causes of action: (1) Violation of the Fair Labor Standards Act [29 U.S.C. § 201 et. seq.]; (2) Failure to Pay Overtime Compensation (at time and one-half) [Cal. Labor Code § 510, IWC Order 5-2001]; (3) Failure to Provide Itemized Statements of Earnings [Cal. Labor Code § 226(e)]; (4) Waiting Time Penalties [Cal. Labor Code § 203]; (5) Rest Period Violations [Cal. Labor Code § 276.7]; and (6) Restitution for Unpaid Wages – Violation of California Unfair Practices Act [Bus. & Prof. Code § 17203].

3.    WHEREAS on February 13, 2014, the Court issued an Order approving the Parties' stipulation for referral of the action to the court's Voluntary Dispute Resolution Program. In the Order, the Court ordered that the Parties file a joint written statement regarding whether this matter was resolved at mediation within 90 days of the February 13, 2014 Order. Thus, the last date on which the Parties may file the joint written statement regarding the outcome of mediation is May 13, 2014.

4.    WHEREAS, the Parties believe that it would not be productive to engage in mediation until after certain depositions have been completed. The deposition of Plaintiff is scheduled for April 8, 2014. The depositions of Defendant Jenn Wah Jang and the Person Most Qualified for Defendant J's Garden Restaurant, Inc. are scheduled for April 28, 2014.

5.    WHEREAS, the mediation in this matter has been scheduled for May 13, 2014 at 10:00 a.m. with Scott Plamondon, Esq.

THEREFORE, all Parties hereto stipulate and agree, and therefore request, that the Court enter an Order continuing the deadline to file a joint statement regarding whether this matter was resolved at mediation to May 20, 2014.

Dated:  April 1, 2014                  BLUER & BLUER, LLP

                                                By:    /s/ Mark J. Bluer
                                                       Mark J. Bluer
                                                       Attorneys for Plaintiff
                                                       JISHENG LIU

/ / /

| | | |
|---|---|---|
| Dated: April 1, 2014 | | LAW OFFICES OF RANDAL M. BARNUM |
| | By: | /s/ Randal M. Barnum |
| | | Randal M. Barnum |
| | | Carrie E. Croxall |
| | | Attorneys for Defendants |
| | | J'S GARDEN RESTAURANT, INC.; |
| | | JENN WAH JANG; and JAMES JANG |

IT IS SO ORDERED.

The Parties are ordered to file a joint written statement regarding whether this matter was resolved at mediation on or before May 20, 2014.

Dated: April 2, 2014

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE