UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JISHENG LIU, | No. 2:13-cv-2615 KJN |
| Plaintiff, | |
| v. | ORDER |
| J'S GARDEN RESTAURANT, INC., et al., | |
| Defendants. | |

On April 21, 2014, the parties filed a proposed stipulated protective order. (ECF No. 16.) After reviewing the proposed order, the court approves the stipulated protective order, subject to the following additional provisions/clarifications: The court will not retain jurisdiction over the enforcement of the stipulated protective order after termination of the action. See E.D. Cal. L.R. 141.1(f). Additionally, nothing in the protective order, as approved by the court, limits the testimony of parties or non-parties, or the use of documents or other evidence, at any court hearing or trial. Such determinations will only be made by the court at the hearing or trial, or upon an appropriate motion.

Accordingly, IT IS HEREBY ORDERED that the proposed stipulated protective order (ECF No. 16) is APPROVED subject to the additional provisions/clarifications outlined above.

Dated: April 22, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1