Randal M. Barnum     State Bar No. 111287
Carrie E. Croxall      State Bar No. 190430
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA  94510
Telephone:     707.745.3747
Facsimile:      707.745.4580
rmblaw@pacbell.net
ccroxall@rmblaw.com

Attorneys for Defendants J's Garden Restaurant, Inc., Jenn Wah Jang, and James Jang

Mark J. Bluer       State Bar No. 157071
BLUER & BLUER, LLP
222 Sutter Street, Suite 600
San Francisco, CA 94108
Telephone: 415-989-1281
Facsimile: 415-358-4306

Attorneys for Plaintiff Jisheng Liu

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JISHENG LIU,<br><br>      Plaintiff,<br><br>    v.<br><br>J's GARDEN RESTAURANT, INC.; JENN WAH JANG; JAMES JANG; and DOES 1-25,<br><br>      Defendants. | CASE NO. 2:13-cv-02615-KJN<br><br>JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST TO FILE DISPOSITION DOCUMENTS (STIPULATION FOR DISMISSAL) FOLLOWING COMPLETION OF SETTLEMENT IN 13 MONTHS; ORDER THEREON<br><br>Courtroom: 25<br>Magistrate Judge Kendall J. Newman |

Pursuant to the agreement of the parties, a mediation in the above-entitled matter occurred on May 13, 2014, through the court's VDRP program before the agreed upon mediator, Scott M. Plamondon.  As a result of the mediation, this entire action was agreed to be resolved and dismissed with prejudice.  A written and enforceable stipulation for Settlement has been executed by the parties and their respective attorneys.  However, the settlement will take 13 months from this date to be concluded.

////

- 1 -
JOINT NOTICE OF SETTLEMENT

It is requested that leave be provided to file the Stipulation for Dismissal of the entire action with prejudice after the performance of the settlement terms have been concluded in 13 months.

The parties request that the court maintain jurisdiction to enforce terms of the settlement if necessary.

Dated:  May 20, 2014                         BLUER & BLUER, LLP

                                             By:    /s/ Mark J. Bluer
                                                    Mark J. Bluer
                                                    Attorneys for Plaintiff
                                                    JISHENG LIU

Dated:  May 20, 2014                         LAW OFFICES OF RANDAL M. BARNUM

                                             By:    /s/ Randal M. Barnum
                                                    Randal M. Barnum
                                                    Carrie E. Croxall
                                                    Attorneys for Defendants
                                                    J'S GARDEN RESTAURANT, INC.,
                                                    JENN WAH JANG, and JAMES JANG

### ORDER

The parties' stipulated request is granted.  The parties are ordered to file the Stipulation for Dismissal of the entire action with prejudice after the performance of the settlement terms have been concluded in 13 months.  The court will maintain jurisdiction during that time to enforce the terms of the settlement, if necessary.

The Clerk of Court is directed to administratively close the action at this juncture.

IT IS SO ORDERED.

Dated:  May 20, 2014

                                             _____
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE