1  Randal M. Barnum    State Bar No. 111287
   Carrie E. Croxall    State Bar No. 190430
2  LAW OFFICES OF RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA  94510
   Telephone:    707.745.3747
4  Facsimile:     707.745.4580
   rmblaw@pacbell.net
5  ccroxall@rmblaw.com

6  Attorneys for Defendants, J's Garden Restaurant, Inc.,
   Jenn Wah Jang and James Jang
7
   Mark J. Bluer    State Bar No. 157071
8  BLUER & BLUER, LLP
   222 Sutter Street, Suite 600
9  San Francisco, CA 94108
   Telephone: 415-989-1281
10 Facsimile: 415-358-4306

11 Attorneys for Plaintiff Jisheng Liu

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15
16 JISHENG LIU,                                | CASE NO.  2:13-cv-02615-KJN
17         Plaintiff,
18     v.                                      | STIPULATION FOR DISMISSAL OF
                                                 ENTIRE ACTION WITH PREJUDICE;
                                                 ORDER THEREON
19 J's GARDEN RESTAURANT, INC.; JENN
   WAH JANG; JAMES JANG; and DOES 1-          | Dept.: Magistrate Judge Kendall J. Newman
20 25,
           Defendants.
21
22

23       Plaintiff Jisheng Liu and Defendants J's Garden Restaurant, Inc., Jenn Wah Jang and

24 James Jang, collectively "the "Parties," by and through their attorneys of record, file this

25 Stipulation for Dismissal with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41.

26 / / /

27 / / /

28 / / /

The parties have entered into a Settlement Agreement that settles all aspects of the lawsuit, and fully complied with the terms therein.

The Parties move to dismiss with prejudice the Complaint which shall constitute a dismissal of the entire action.

This Stipulation and Order may be signed in counterparts, and electronic and facsimile signatures shall be valid and as binding as original signatures.

WHEREFORE, the Parties, by and through their attorneys of record, so stipulate.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: June 12, 2015                     BLUER & BLUER, LLP

By:    _____/S/_____
       Mark J. Bluer
       Attorneys for Plaintiff
       JISHENG LIU

Dated: June 16, 2015                     LAW OFFICES OF RANDAL M. BARNUM

By:    /s/ Randal M. Barnum
       Randal M. Barnum
       Carrie E. Croxall
       Attorneys for Defendants
       J'S GARDEN RESTAURANT, INC.;
       JENN WAH JANG; and JAMES JANG

## ORDER

The Parties' Stipulated Request for Dismissal with Prejudice is granted. The entire action, Case No. 2:13-cv-02615-KJN is hereby dismissed with prejudice. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: June 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE